THE STATE OF SOUTH CAROLINA
In The Court of Appeals

 
 
 
The State,       
Respondent,
 
 
 

v.

 
 
 
Cynthia Mitchell,       
Appellant.
 
 
 

Appeal From Richland County
James C. Williams, Jr., Circuit Court 
 Judge

Unpublished Opinion No.  2003-UP-721
Submitted September 17, 2003  Filed December 15, 2003 

APPEAL DISMISSED

 
 
 
Chief Attorney Daniel T. Stacey, Office of Appellate Defense, of Columbia, 
 for Appellant
Attorney General Henry Dargan 
 McMaster, Chief Deputy Attorney General John W. McIntosh, Assistant Deputy Attorney 
 General Charles H. Richardson;  and Solicitor Warren Blair Giese, all of Columbia, 
 for Respondent.
 
 
 

PER CURIAM:  Cynthia Mitchell appeals from 
 her guilty plea to assault and battery of a high and aggravated nature.  Counsel 
 for Mitchell attached to the final brief a petition to be relieved as counsel.  
 Mitchell did not file a separate pro se response.  
After a review of the record as required 
 by Anders v. California, 386 U.S. 738 (1967), and State v. Williams, 
 305 S.C. 116, 406 S.E.2d 357 (1991), we hold there are no directly appealable 
 issues that are arguable on their merits.  Accordingly, we dismiss Mitchells 
 appeal and grant counsels petition to be relieved.
 APPEAL DISMISSED.
 HUFF, STILWELL, and BEATTY, JJ., concur.